UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Federal Insurance Company</u>
            **Plaintiff**

**V.**

<u>SimplexGrinnell, L.P.</u>
            **Defendant**

CIVIL ACTION

NO. <u>05-11014-RCL</u>

## O R D E R

<u>Lindsay</u>  <u>D.J.</u>

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

/s/Don Stanhope
Deputy Clerk

Date: <u>5/24/05</u>

Copies to:      Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)