# UNITED STATES DISTRICT COURT

District of _____

Federal Insurance Company,
a/s/o Mount Pleasant Country Club

**SUMMONS IN A CIVIL CASE**

V.

Simplex Grinnell, L.P.

CASE NUMBER: 05 11014 FDS

TO: (Name and address of Defendant)

Simplex Grinnell, L.P.
100 Simplex Drive
Westminster, MA 01441

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SAR_____                          5-1?-05

CLERK                                         DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-27-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Russell Castagna | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): IN HAND to CT Corp 101 Federal St. Boston, MA agent for Simplex Grinnell. Said service was accepted by Ms Yvette Concepcion

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | $40.00 | TOTAL | $40.00 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-27-05
           Date            Signature of Server

77 L St. Boston, MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.