UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,**<br>a/s/o Mount Pleasant Country Club,<br><br>Plaintiff,<br><br>v.<br><br>**SIMPLEXGRINNELL, L.P.**<br><br>Defendant. | CIVIL ACTION NO.: 05 11014 RCL<br>FDS<br><br>FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____ |

## MOTION TO APPEAR PRO HAC VICE

### NOTICE OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Jonathan D. Hurwitz, Esquire, sworn to June 24, 2005, the Affidavit of Patrick J. Loftus, III, Esquire, sworn to _June 27_, 2005, and all pleadings and proceedings heretofore had herein, the undersigned will move the Court for an Order of the Court granting Plaintiff's motion to admit Jonathan D. Hurwitz, Esquire, a member in good standing of the Bar of the Commonwealth of Pennsylvania, to appear and act as counsel in the above-captioned case *pro hac vice* pursuant to the Rules of the United States District Court for the District of

Massachusetts, and for such other and further relief as this Court deems just and equitable and in furtherance of the ends of justice. Mr. Hurwitz is familiar with the local rules of the United States District Court of Massachusetts.

/s/ Patrick J. Loftus
Patrick J. Loftus, III, Esquire
BBO#303310
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770
ATTORNEY FOR PLAINTIFF

Dated: June 27, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>a/s/o Mount Pleasant Country Club,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLEXGRINNELL, L.P.<br><br>Defendant. | CIVIL ACTION NO.: 05 11014 RCL |

### AFFIDAVIT OF JONATHAN D. HURWITZ

COMMONWEALTH OF PENNSYLVANIA    :
                                :
COUNTY OF PHILADELPHIA:         :

I, Jonathan D. Hurwitz, Esquire, being duly sworn, depose and say:

1. I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania on October 27, 1999. I am also a member of the bars of the State of New Jersey and the following federal district court bars: Eastern District of Pennsylvania, Middle District of Pennsylvania and District of New Jersey.

2. I am currently associated with the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth

of Pennsylvania, having an Attorney Identification No. 84003. A copy of my Certificate of Good Standing is attached hereto as Exhibit "A".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the Commonwealth of Pennsylvania or any other state.

5. There has been an attorney-client relationship between the plaintiff and my firm for an extended period of time.

5. My client has specifically requested that I represent its interests in this matter.

6. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

7. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts state bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of Massachusetts in good standing.

8. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the bar of Massachusetts in good standing.

9. I am associated and have personally appearing with me in these proceedings, Patrick J. Loftus, III, Esquire, an attorney who is duly and legally admitted to practice in both the State of Massachusetts and the United States District Court for Massachusetts, and upon whom service may be had in all matters connected with the above-

captioned cause, to any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

        10.    I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        JONATHAN D. HURWITZ

Sworn to and subscribed

before me on this 24 day

of June, 2005.

Notary Public

NOTARIAL SEAL
JOANNE S DILLON
Notary Public
CITY OF PHILADELPHIA
PHILADELPHIA COUNTY
My Commission Expires Aug 28, 2007

3





## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jonathan D. Hurwitz, Esq.

**DATE OF ADMISSION**

*October 27, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 21, 2005

John W. Person Jr.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a/s/o Mount Pleasant Country Club,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLEXGRINNELL, L.P.<br><br>Defendant. | CIVIL ACTION NO.: 05 11014 RCL |

### AFFIDAVIT OF PATRICK J. LOFTUS, III

Patrick J. Loftus, III, Esquire, being duly sworn, deposes and says as follows:

I am an attorney duly licensed to practice law in the State of Massachusetts, and an attorney for the Plaintiff, Federal Insurance Company, in the above-entitled action.

I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the Plaintiff's motion to have Jonathan D. Hurwitz, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

The affiant has been acting as local counsel with respect to this matter, and respectfully requests that the Court allow Jonathan D. Hurwitz, Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for Plaintiff, Federal Insurance Company.

The affiant has known Mr. Hurwitz to be an excellent attorney who has a great deal of experience with respect to the issues being presented in the present lawsuit and is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

The affiant respectfully submits to the Court that Mr. Hurwitz is not only an excellent attorney, but is a person of unimpeachable character who would do justice to both

his client and the Bar. The Court is respectfully referred to the attached Affidavit regarding Mr. Hurwitz's qualifications with the respect to the subject claims.

The affiant respectfully requests that Jonathan D. Hurwitz, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the subject claims.

WHEREFORE, Patrick J. Loftus, III, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Jonathan D. Hurwitz, Esquire to the United States District Court for the District of Massachusetts and to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

BY: _____
PATRICK J. LOFTUS III, ESQUIRE
BBO #303310
No. 9 Park Street
Suite 500
Boston, MA 02108
617-723-7700

ATTORNEY FOR PLAINTIFF

Sworn to and subscribed
before me on this 27th day
of June, 2005.

_____
Notary Public
my commission
expires Feb 7 2008

2

## CERTIFICATE OF SERVICE

I, PATRICK J. LOFTUS, III, hereby certify that a copy of the foregoing Plaintiff's Motion for Pro Hac Vice has been served upon counsel this 27 day of June, 2005 by First Class Mail, postage pre-paid as follows:

Nicholas A. Ogden, Esquire
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210

J. Patrick Sullivan, Esquire
Joshua J. McClatchey, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grant Blvd.
Kansas City, Missouri  64108-2613

BY: /s/ Patrick J. Loftus
PATRICK J. LOFTUS, III, ESQUIRE
BBO #303310
No. 9 Park Street
Suite 500
Boston, MA 02108
617-723-7700

**OF COUNSEL:**
COZEN O'CONNOR
JONATHAN D. HURWITZ, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-5518
(215) 701-2218 (facsimile)
jhurwitz@cozen.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a/s/o Mount Pleasant Country Club, <br><br> Plaintiff, <br><br> v. <br><br> SIMPLEXGRINNELL, L.P. <br><br> Defendant. | CIVIL ACTION NO.: 05 11014 RCL |

## ORDER

**THIS MATTER** comes before me upon motion of the Plaintiff, Federal Insurance Company to permit Jonathan D. Hurwitz, Esquire, a member in good standing of the Bar of the Commonwealth of Pennsylvania to appear and conduct proceedings in the above-entitled case *Pro Hac Vice*. It appearing from the affidavits submitted in support of this motion that Jonathan D. Hurwitz, Esquire is a duly admitted member in good standing of the Bar of the Commonwealth of Pennsylvania and that there is good cause for the relief sought, and further that the movant has certified that Jonathan D. Hurwitz, Esquire is ready to proceed and that, therefore, the granting of this motion will not delay this action;

**IT IS**, ORDERED that Jonathan D. Hurwitz, Esquire be admitted to appear *Pro Hac Vice* in connection with the above-entitled case.

DATED: _____, 2005

_____
J.