UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY,
a/s/o Mount Pleasant Country Club,

    Plaintiff,

v.

SIMPLEXGRINNELL, L.P.,

    Defendant.

CIVIL ACTION NO.: 05 11014 RCL

## STIPULATION OF DISMISSAL

**THE PARTIES HEREBY AGREE** to dismiss, with prejudice and without costs, all claims brought in this matter.

/s/ Patrick J. Loftus
Patrick J. Loftus III, BBO #303310
No. 9 Park Street, Suite 500
Boston, MA 02108
617-723-7700
617-248-9752 (facsimile)

Jonathan D. Hurwitz
Cozen O'Connor
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103
215-665-5518
215-704-2218 (facsimile)

Attorneys for Federal Insurance Company
a/s/o Mount Pleasant Country Club

DATED: September 15, 2005

/s/ Nicholas A. Ogden
Nicholas A. Ogden, BBO #644007
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
617-406-4500
617-406-4501 (facsimile)

J. Patrick Sullivan
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550
816-421-5547 (facsimile)

Attorneys for SimplexGrinnell, L.P.

**SO ORDERED BY THE COURT:**

_____
                                        J.

DATED: _____